[No. 14630.   *En Banc.*   February 8, 1919.]

C. SALVINO, *Plaintiff*, v. TAYLOR MILL COMPANY, *Defendant.*
CEDAR LAKE LOGGING COMPANY, *Appellant*, v. LEE MCKINSTRY, *as Receiver, etc., Respondent.*[1]

Motion to dismiss an appeal from an order of the superior court for King county, Ronald, J., entered September 18, 1917, allowing claims against an insolvent and fixing their priority. Granted.

*J. E. Frost* and *Jones & Riddell*, for appellant.
*Shorett, McLaren & Shorett* and *Jno. A. Coleman*, for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court still adhere to the opinion heretofore filed herein, as reported in 102 Wash. 507, 173 Pac. 433, and for the reasons there stated, the motion for the dismissal of the appeal is granted.

[1]Reported in 178 Pac. 453.